CO-386-online
10/03

# United States District Court
# For the District of Columbia

**FILED**

JAN 1 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Sameh Fawzy,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Plaintiff　　　　)　(　Case: 1:08-cv-00083
　　　　　　　vs　　　　　　　　　　)　　Assigned To : Roberts, Richard W.
Ilene Morris-Sambur and Creating　　)　　Assign. Date : 1/15/2008
Opportunities by Recognizing Abilities)　Description: Contract
("CORA"), LLC　　　　　　　　　　　)
　　　　　　　　　Defendant　　　　)

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Plaintiff__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __CORA, LLC__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

　　　　　　　　　　　　　　　　　　　　　　　Attorney of Record

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Signature

Pro Bono Representation (CA BAR 168568)　　　Donna M. Drake
BAR IDENTIFICATION NO.　　　　　　　　　　　　Print Name

　　　　　　　　　　　　　　　　　　　　　　　Howrey LLP 1299 Pennsylvania Ave
　　　　　　　　　　　　　　　　　　　　　　　Address

　　　　　　　　　　　　　　　　　　　　　　　District of Columbia, 20004-2402
　　　　　　　　　　　　　　　　　　　　　　　City　　State　　Zip Code

　　　　　　　　　　　　　　　　　　　　　　　(202) 383-7061
　　　　　　　　　　　　　　　　　　　　　　　Phone Number

2