**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAMEH FAWZY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| ILENE MORRIS-SAMBUR ) | Case No. 1:08-cv-00083 |
| ) | |
| and ) | |
| ) | |
| CREATING OPPORTUNITIES BY ) | |
| RECOGNIZING ABILITIES, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ENTRY OF APPEARANCE**

THE CLERK will kindly enter the appearance of Brooke Falk-McEnery, Esq. on behalf of Defendants Ilene Morris-Sambur and Creating Opportunities by Recognizing Abilities, LLC.

Respectfully submitted,

THOMPSON HINE LLP

Dated: March 3, 2008          By:          /s/ Brooke Falk-McEnery
                                      Brooke Falk-McEnery (D.C. Bar # 492513)
                                          brooke.falk-mcenery@thompsonhine.com
                                      1920 N Street, N.W., Suite 800
                                      Washington, D.C. 20036
                                      Telephone - (202) 331-8800
                                      Facsimile – (202) 331-8330

                                      *Counsel for Defendants Ilene Morris-Sambur and*
                                      *Creating Opportunities by Recognizing Abilities, LLC*

## CERTIFICATE OF SERVICE

I, Brooke Falk-McEnery, hereby certify that, on March 3, 2008, I caused a true and correct copy of the foregoing Entry of Appearance to be served via the Court's efiling/ECF system on the following:

>Donna M. Drake, Esq.
>HOWREY LLP
>1299 Pennsylvania Avenue, NW
>Washington, D.C. 20004-2402
>
>*Counsel for Plaintiff*

      /s/ Brooke Falk-McEnery

195730v.1