UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMEH FAWZY,<br><br>　　　　Plaintiff,<br>v.<br><br>ILENE MORRIS-SAMBUR<br><br>and<br><br>CREATING OPPORTUNITIES BY<br>RECOGNIZING ABILITIES, LLC,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　Case No. 1:08-cv-00083<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

THE CLERK will kindly enter the appearance of Christopher "Kip" Schwartz, Esq. on behalf of Defendants Ilene Morris-Sambur and Creating Opportunities by Recognizing Abilities, LLC.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　THOMPSON HINE LLP

Dated: March 7, 2008　　　　　　By:　　　　/s/ Kip Schwartz
　　　　　　　　　　　　　　　　　Christopher "Kip" Schwartz (D.C. Bar #4 44650)
　　　　　　　　　　　　　　　　　　kip.schwartz@thompsonhine.com
　　　　　　　　　　　　　　　　　1920 N Street, N.W., Suite 800
　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　Telephone - (202) 331-8800
　　　　　　　　　　　　　　　　　Facsimile – (202) 331-8330

　　　　　　　　　　　　　　　　　*Counsel for Defendants Ilene Morris-Sambur and*
　　　　　　　　　　　　　　　　　*Creating Opportunities by Recognizing Abilities, LLC*

## CERTIFICATE OF SERVICE

I, Kip Schwartz, hereby certify that, on March 7, 2008, I caused a true and correct copy of the foregoing Entry of Appearance to be served via the Court's efiling/ECF system on the following:

>Donna M. Drake, Esq.
>HOWREY LLP
>1299 Pennsylvania Avenue, NW
>Washington, D.C. 20004-2402
>
>*Counsel for Plaintiff*

/s/ Kip Schwartz

195730v.1