AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

SAMEH FAWZY, )
       Plaintiff(s) )
       )
       )
      vs. )
       )
ILENE MORRIS-SAMBUR and )
CREATING OPPORTUNITIES BY )
RECOGNIZING ABILITIES, LLC., )
      Defendant(s)

**APPEARANCE**

CASE NUMBER 1:08-cv-00083

To the Clerk of this court and all parties of record:

Please enter the appearance of __Martin F. Cunniff__ as counsel in this
                        (Attorney's Name)

case for: __Sameh Fawzy__
         (Name of party or parties)

| | |
|---|---|
| 5/09/2008 | *[signature]* |
| Date | Signature |
| | Martin F. Cunniff |
| | Print Name |
| 424219 | 1299 Pennsylvania Ave., N.W. |
| BAR IDENTIFICATION | Address |
| | Washington, DC 20004 |
| | City    State    Zip Code |
| | 202-383-6593 |
| | Phone Number |

American LegalNet, Inc.
www.USCourtForms.com