IN THE UNITES STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMEH FAWZY </br></br> Plaintiff, </br></br> v. </br></br> ILENE MORRIS-SAMBUR and CREATING OPPORTUNITIES BY RECOGNIZING ABILITIES, LLC </br></br> Defendants. | ) </br> ) </br> ) </br> ) **APPEARANCE** </br> ) </br> ) Case No. 1:08-cv-00083 </br> ) </br> ) </br> ) </br> ) |

To the Clerk of this Court and all parties of record:

Please enter the appearance of Charles M. Malaise as counsel in this case for Sameh Fawzy.  Mr. Malaise's representation of Mr. Fawzy is being handled without compensation and is pursuant to Local Rule 83.2(g).

5/09/2008
Date

_[signature]_
Signature

TX - 24060214
BAR IDENTIFICATION

Charles M. Malaise
Print Name

1299 Pennsylvania Ave, NW
Address

Washington, DC 20004
City          State          Zip Code

202-383-7058
Phone Number