IN THE UNITES STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMEH FAWZY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ILENE MORRIS-SAMBUR and CREATING )<br>OPPORTUNITIES BY RECOGNIZING )<br>ABILITIES, LLC )<br>)<br>Defendants. )<br>) | **APPEARANCE**<br><br>Case No. 1:08-cv-00083 |

To the Clerk of this Court and all parties of record:

Please enter the appearance of Dawn A. Ellison as counsel in this case for Sameh Fawzy. Ms. Ellison's representation of Mr. Fawzy is being handled without compensation and is pursuant to Local Rule 83.2(g).


5/09/2008_____                    _____
Date                                         Signature

464296_____                     Dawn A. Ellison_____
BAR IDENTIFICATION                           Print Name

                                             1299 Pennsylvania Ave, NW_____
                                             Address

                                             Washington, DC 20004_____
                                             City         State      Zip Code

                                             202-383-6948_____
                                             Phone Number