IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMEH FAWZY, <br><br> Plaintiff <br><br> v. <br><br> ILENE MORRIS-SAMBUR and CREATING OPPORTUNITIES BY RECOGNIZING ABILITIES, LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:08-cv-00083 (RWR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PROPOSED SCHEDULING ORDER**

On May 21, 2008, the Court held the Case Management Conference in the above-entitled matter. The Court enters the following Scheduling Order:

| EVENT | DATE |
|---|---|
| Initial Disclosures | June 11, 2008 |
| Deadline for Amending Pleadings | August 19, 2008 |
| Deadline for Dispositive Motions | January 21, 2009 |
| Discovery (including expert) to be completed by | December 22, 2008 |
| Plaintiff Rule 26(a)(2) Reports from Experts | September 22, 2008 |
| Defendant Rule 26(a)(2) Reports from Experts | October 22, 2008 |
| Pretrial Conference | Determined by the Court |
| Trial Date | Set at Pretrial Conference |

DATED this _____ day of May, 2008

BY THE COURT:

_____
U.S. District Court Judge