IN THE UNITES STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMEH FAWZY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ILENE MORRIS-SAMBUR and CREATING )<br>OPPORTUNITIES BY RECOGNIZING )<br>ABILITIES, LLC )<br>)<br>Defendants. )<br>) | Case No. 1:08-cv-00083 (RWR)<br><br>**LOCAL RULE 83.2**<br>**CERTIFICATION** |

To the Clerk of this Court and all parties of record:

Pursuant to Local Rule 83.2(j), Charles M. Malaise as counsel in this case for Sameh Fawzy, certifies personal familiarity with this Court's local rules.  Mr. Malaise further certifies that representation of Mr. Fawzy is being handled without compensation and is pursuant to Local Rule 83.2(g).

5/15/2008_____
Date

TX - 24060214_____
BAR IDENTIFICATION

_____
Signature

Charles M. Malaise_____
Print Name

1299 Pennsylvania Ave, NW_____
Address

Washington, DC 20004_____
City          State          Zip Code

202-383-7058_____
Phone Number