IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMEH FAWZY,<br><br>Plaintiff<br><br>v.<br><br>ILENE MORRIS-SAMBUR and CREATING OPPORTUNITIES BY RECOGNIZING ABILITIES, LLC,<br><br>Defendants. | Case No. 1:08-cv-00083 (RWR)<br><br>**LOCAL RULE 83.2 CERTIFICATION** |

To the Clerk of this Court and all parties of record:

Pursuant to Local Rule 83.2(j), Dawn A. Ellison, as counsel in this case for Sameh Fawzy, certifies personal familiarity with this Court's local rules. Ms. Ellison further certifies that representation of Mr. Fawzy is being handled without compensation and is pursuant to Local Rule 83.2(g).

5/15/2008
Date

D.C. Bar 464296
BAR IDENTIFICATION

*[Signature]*
Signature

Dawn A. Ellison
Print Name

1299 Pennsylvania Ave, NW
Address

Washington, DC 20004
City           State           Zip Code

202-383-6848
Phone Number