IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMEH FAWZY,<br><br>Plaintiff<br><br>v.<br><br>ILENE MORRIS-SAMBUR and CREATING OPPORTUNITIES BY RECOGNIZING ABILITIES, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:08-cv-00083 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' CONSENT MOTION FOR THE ADMISSION PRO HAC VICE OF ERIC N. HEYER, ESQ.

Defendants Ilene Morris-Sambur and Creating Opportunities by Recognizing Abilities, LLC ("CORA") (hereinafter collectively referred to as "Defendants"), by and through their undersigned counsel, and with the consent of the Plaintiff, hereby respectfully move the admission *pro hac vice* of Eric N. Heyer, Esq. in the above-captioned matter pursuant to Local Civil Rule 83.2. A copy of Mr. Heyer's Declaration is attached.

Plaintiff consents to the relief requested herein. A proposed order is attached.

                      Respectfully submitted,

                      THOMPSON HINE LLP

Dated: May 20, 2008        By:_____/s/ Kip Schwartz_____
                                        Christopher "Kip" Schwartz (D.C. Bar #444650)
                                            kip.schwartz@thompsonhine.com
                                        1920 N Street, N.W., Suite 800
                                        Washington, D.C. 20036
                                        Telephone - (202) 331-8800
                                        Facsimile – (202) 331-8330

                                        *Counsel for Defendants Ilene Morris-Sambur and*
                                        *Creating Opportunities by Recognizing Abilities, LLC*

## **DECLARATION OF ERIC N. HEYER, ESQ.**

I, Eric Heyer, pursuant to Local Civil Rule 83.2, hereby declare as follows:

1. My full name is Eric Nathan Heyer.

2. My office address is: Thompson Hine, LLP, 1920 N Street, N.W. Suite 800, Washington, D.C. 20036. My office phone number is: (202) 973-2758.

3. I am a member of the bar of the Commonwealth of Virginia. My Virginia bar number is 73037. I am also a member of the bar of the United States District Court for the Eastern District of Virginia.

4. I have not been subject to a disciplinary proceeding by any bar.

5. I have been admitted *pro hac vice* in this Court zero times in the past two years.

6. My application for membership in the District of Columbia bar was submitted on February 1, 2008, and is currently pending.

I declare, under the penalty of perjury, that the foregoing is true to the best of my knowledge.

Dated: May 20, 2008

_____
Eric N. Heyer, Esq.
THOMPSON HINE LLP
1920 N Street, N.W., Suite 800
Washington, D.C. 20036
Telephone - (202) 331-8800
Facsimile – (202) 331-8330

*Counsel for Defendants Ilene Morris-Sambur and Creating Opportunities by Recognizing Abilities, LLC*

## **CERTIFICATE OF SERVICE**

I, Kip Schwartz, hereby certify that, on May 20, 2008, I caused a true and correct copy of the foregoing Defendants' Consent Motion for the Admission Pro Hac Vice of Eric N. Heyer, Esq., and proposed Order to be served via the Court's efiling/ECF system on the following:

> Dawn A. Ellison, Esq.
> Charles M. Malaise, Esq.
> Donna M. Drake, Esq.
> Martin F. Cunniff, Esq.
> HOWREY LLP
> 1299 Pennsylvania Avenue, NW
> Washington, D.C. 20004-2402
>
> *Counsel for Plaintiff*

/s/ Kip Schwartz

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMEH FAWZY, <br><br> Plaintiff <br><br> v. <br><br> ILENE MORRIS-SAMBUR and CREATING OPPORTUNITIES BY RECOGNIZING ABILITIES, LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> )    Case No. 1:08-cv-00083 (RWR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

This proceeding came before the Court on Defendants' Consent Motion for the Admission *Pro Hac Vice* of Eric N. Heyer, Esq. Upon consideration of the Motion, there being no opposition thereto, and having found that Mr. Heyer meets all of the requirements for admission *pro hac vice* in the above-captioned case; it is hereby

ORDERED this ___ day of _____ that the Consent Motion is GRANTED and that Eric N. Heyer, Esq. is admitted *pro hac vice* in the above-captioned case.

_____
RICHARD W. ROBERTS
United States District Judge