IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMEH FAWZY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:08-cv-00083 (RWR) |
| ) | |
| ILENE MORRIS-SAMBUR and CREATING ) | **AGREED AND UNCONTESTED** |
| OPPORTUNITIES BY RECOGNIZING ) | **MOTION TO EXTEND** |
| ABILITIES, LLC, ) | **DEADLINES** |
| ) | |
| Defendants. ) | |
| ) | |

**AGREED AND UNCONTESTED MOTION TO EXTEND DEADLINES**

Plaintiff, Sameh Fawzy, by and through his counsel, hereby moves this Court for a modification of the current Scheduling Order in this adversary proceeding. Plaintiff has consulted with counsel for Defendants Ilene Morris-Sambur and Creating Opportunities by Recognizing Abilities, LLC,, and Defendants agree and consent to the requested modifications. In support of this agreed motion, Plaintiff states as follows.

1. On May 21, 2008, this Court entered a Scheduling Order for the above-captioned action, which set September 18, 2008 as the deadline for all fact discovery. Other deadlines in the Order were calculated from the discovery cut-off. A post-discovery status conference was set for September 23, 2008,. In addition, the deadline for dispositive motions was set for October 23, 2008.

- 2 -

2. The parties have actively pursued discovery. However, Plaintiff Sameh Fawzy has been out of the country serving as a Christian missionary in Africa since April, 2008. Moreover, Plaintiff is not scheduled to return to the United States until the end of August, 2008.

3. Because of the impact of Plaintiff's extended absence on the development of the case, the Parties agree that it makes economic and judicial sense to extend the discovery period for 60 days.

4. Thus, Plaintiff proposes that fact discovery in this adversary case be completed by November 17, 2008. Plaintiff further proposes that the other deadlines in the Scheduling Order, which are impacted by the discovery cut-off, be similarly modified  To this end, Plaintiff proposes a post-discovery status conference on November 25, 2008, and a deadline for dispositive motions on  January 16, 2009.

WHEREFORE, Plaintiff respectfully requests that this Court grant this agreed motion and enter the attached order to modify the Scheduling Order in this case.

        Respectfully submitted,

        /s/ Dawn Ellison

| Of Counsel: | Dawn Ellison (DC Bar No. 464296) |
| --- | --- |
| | Donna Drake (Pro Bono Representation) |
| | HOWREY LLP |
| | 1299 Pennsylvania Ave., N.W. |
| | Washington, D.C.  20004 |
| | (202) 783-0800 |
| | |
| | Attorneys for |
| | Plaintiff Sameh Fawzy |

Dated: Washington, DC
       Friday, August 08, 2008

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Agreed Motion to Extend the Discovery Deadline were served by email and regular United States mail, postage prepaid, this 8th day of August, 2008.

/s/ James Layman

_____
James Layman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SAMEH FAWZY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:08-cv-00083 (RWR) |
| | ) | |
| ILENE MORRIS-SAMBUR and CREATING OPPORTUNITIES BY RECOGNIZING ABILITIES, LLC, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**[PROPOSED] ORDER TO EXTEND DEADLINES**

Upon consideration of the Agreed and Uncontested Motion, it is **ORDERED** that the discovery deadline is extended until November 17, 2008, the post-discovery status conference is set for November 25, 2008, and the deadline for dispositive motions is extended until January 16, 2009.

DATED this _____ day of August, 2008

BY THE COURT:

_____
U.S. District Court Judge