IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMEH FAWZY, <br><br> Plaintiff, <br><br> v. <br><br> ILENE MORRIS-SAMBUR <br><br> and <br><br> CREATING OPPORTUNITIES BY RECOGNIZING ABILITIES, LLC, <br><br> Defendants. | Case No. 1:08-cv-00083 (RWR) <br><br> Second Supplemental Joint Memorandum in Support of The Parties' Agreed and Uncontested Motion to Extend Deadlines |
| ILENE MORRIS-SAMBUR, <br><br> and <br><br> CREATING OPPORTUNITIES BY RECOGNIZING ABILITIES, LLC, <br><br> Counter-Plaintiffs, <br><br> v. <br><br> SAMEH FAWZY, <br><br> Counter-Defendant. | |

Plaintiff and Counter-Defendant Sameh Fawzy ("Plaintiff") and Defendants and Counter-Plaintiffs Ilene Morris-Sambur ("Morris-Sambur") and Creating Opportunities by Recognizing Abilities, LLC ("CORA") (collectively referred to as "Defendants"), by and through counsel,

hereby file their Second Supplemental Joint Memorandum in Support of the Parties' Agreed and Uncontested Motion to Extend Deadlines.

In their Agreed and Uncontested Motion to Extend Deadlines ("Motion") filed on August 8, 2008, the Parties sought to extend the discovery deadline for 60 additional days. Pursuant to the Court's August 15, 2008 Order, the Parties filed a Supplemental Memorandum on August 25, 2008, further explaining the need to extend the discovery cut-off.

On Friday, August 29, 2008, shortly after the return of Plaintiff to the United States, the Parties reached an agreement in principle that counsel for both parties are now diligently working to reduce to a comprehensive written settlement agreement. In support of that process, the Parties now submit this filing to notify the Court of their firm belief that granting the original Motion and extending the discovery cut-off (currently set for September 18, 2008) for 60 days will significantly aid the process of drafting and executing the final comprehensive settlement agreement and all associated documents by allowing the parties and their counsel sufficient time to focus on finalizing the settlement agreement without the additional distraction and expense of completing discovery within the little time remaining before the September 18th deadline.

Thus, the parties reiterate their request that the Court extend the current discovery deadline for 60 days so that the parties and their counsel may draft and execute a comprehensive settlement agreement to fully and finally resolve all issues presented in this proceeding.

Dated: September 4, 2008

Respectfully submitted,

*For Plaintiff Sameh Fawzy*

HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 383-6848
Facsimile: (202) 383-6610

BY: /s/ Dawn Ellison
DAWN ELLISON
DC Bar No. 464296
eillisond@howrey.com


BY: /s/ Donna Drake
DONNA DRAKE
Pro Bono Representation
draked@howrey.com


*For Defendants Ilene Morris-Sambur and Creating Opportunities by Recognizing Abilities, LLC*

THOMPSON HINE LLP
1920 N Street N.W., Suite 800
Washington, D.C. 20036
Telephone: (202) 331-8800
Facsimile: (202) 331-8330


BY: /s/ Brooke Falk-McEnery
BROOKE FALK-MCENERY
DC Bar No. 492513
brooke.falk@thompsonhine.com


BY: /s/ Eric Heyer
ERIC HEYER
Admitted *Pro Hac Vice*
eric.heyer@thompsonhine.com

## CERTIFICATE OF SERVICE

I, Brooke S. Falk-McEnery, hereby certify that, on September 4, 2008, I caused a true and correct copy of the foregoing Second Supplemental Joint Memorandum in Support of The Parties' Agreed and Uncontested Motion to Extend Deadlines to be served via the Court's efiling/ECF system on the following:

Dawn A. Ellison, Esq.
Charles M. Malaise, Esq.
Donna M. Drake, Esq.
Martin F. Cunniff, Esq.
HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, D.C. 20004-2402

*Counsel for Plaintiff*

　　　　　　　　　　　　　　　　　　/s/ Brooke Falk-McEnery